**FILED
CLERK**

11:09 am, Sep 17, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

                 Plaintiff,

    -against-

WINE CHATEAU MARKETPLACE, LLC.,
D/B/A WINE CHATEAU, INC.,
D/B/A WINECHATEAU.COM

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

21 Civ. 02580 (JMA) (SIL)

**STIPULATION OF SETTLEMENT**

It is hereby stipulated by and between the counsel that this action is settled. Therefore, it is Ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated within sixty (60) days of the date of this Stipulation.

Dated:  New York, New York
        September 15, 2021

| | |
|---|---|
| **SHALOM LAW, P.L.L.C.** | **KANE KESSLER, P.C.** |
| By: /s/ Jonathan Shalon | By: /s/ Jeffrey G. Douglas |
| Jonathan Shalon, Esq. | Jeffrey G. Douglas, Esq. |
| 105-13 Metropolitan Avenue | 600 Third Avenue, 35th Floor |
| Forest Hills, New York 11375 | New York, New York 10016 |
| Tel: (718) 971-9374 | Tel: (212) 541-5183 |
| Email; Jonathan@ShalomLawNY.com | Email: Jdouglas@kanekessler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Wine Chateau MarketPlace, LLC., d/b/a Wine Chateau, Inc., d/b/a WineChateau.com* |

Dated:  Central Islip, NY
        September 17, 2021

SO ORDERED:  /s/ JMA
                **District Judge Joan M. Azrack**